**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1915**

───────────────

MAXO JEAN,

> Petitioner,

> v.

PAMELA JO BONDI, Attorney General ,

> Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted:  June 12, 2025                              Decided:  June 16, 2025

───────────────

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Stephen C. Fleming, LAW OFFICES OF STEPHEN C. FLEMING, State College, Pennsylvania, for Petitioner. Brett A. Shumate, Acting Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, John F. Stanton, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maxo Jean, a native and citizen of Haiti, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision on the ground that Jean waived his right to appeal. Upon review of the record, we agree with the Board's holding that Jean's administrative appellate waiver was knowing and intelligent and, thus, valid. Accordingly, we deny the petition for review. *See In re Jean* (B.I.A. Apr. 3, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*